IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

          Plaintiff

-vs-

DEONDRAY O'NEAL BRADLEY

          Defendant

CASE NO. 5:11 CR 084-1

ORDER ACCEPTING PLEA
AGREEMENT AND JUDGMENT

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Deondray O'Neal Bradley which was referred to the Magistrate Judge with the consent of the parties.

    On 11 April 2012, the government filed a six-count superseding indictment against Deondray O'Neal Bradley for possession with intent to distribute heroin in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), maintaining a premises for the purpose of manufacturing, distributing and using heroin in violation of 21 U.S.C. §256(a)(1) and 18 U.S.C. § 2, conspiracy to obstruct justice/tamper with a witness in violation of 18 U.S.C. § 371, and corruptly interfering with a proceeding and tampering with a witness in violation of 18 U.S.C. §§ 1503, 1512(b)(1) and 2. On 2 May 2012, a hearing was held in which Deondray O'Neal Bradley entered a plea of not guilty before

Magistrate Judge George J. Limbert. On 3 May 2013, Magistrate Judge McHargh received Deondray O'Neal Bradley's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Deondray O'Neal Bradley is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Deondray O'Neal Bradley is adjudged guilty of Counts One and Four in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 371.

IT IS SO ORDERED.

Dated: June 21 2013

UNITED STATES DISTRICT JUDGE